No. 95–1557. SHOWA ALUMINUM CORP. ET AL. *v.* MODINE MANUFACTURING CO. ET AL. C. A. Fed. Cir. Certiorari denied.

No. 95–1599. KARADZIC *v.* KADIC, ON HER OWN BEHALF AND ON BEHALF OF HER INFANT SONS, BENJAMIN AND OGNJEN, ET AL. C. A. 2d Cir. Certiorari denied.

No. 95–1603. YONTZ *v.* ADAMS ET AL. C. A. 6th Cir. Certiorari denied.

No. 95–1635. MINNESOTA COUNCIL OF DOG CLUBS ET AL. *v.* CITY OF MINNEAPOLIS. Ct. App. Minn. Certiorari denied.

No. 95–1642. GOMEZ *v.* ALLEGHENY HEALTH SERVICES, INC., AKA ALLEGHENY HEALTH EDUCATION AND RESEARCH FOUNDATION, ET AL. C. A. 3d Cir. Certiorari denied.

No. 95–1646. WHARF CABLE LTD. *v.* UNITED INTERNATIONAL HOLDINGS, INC., ET AL. C. A. 10th Cir. Certiorari denied.

No. 95–1666. BABCOCK & WILCOX CO. *v.* SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN FRANCISCO (MATSON NAVIGATION CO., INC., ET AL., REAL PARTIES IN INTEREST). Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 95–1679. MASSACHUSETTS COMMISSION AGAINST DISCRIMINATION *v.* CHAULK SERVICES, INC. C. A. 1st Cir. Certiorari denied.

No. 95–1688. HANKINS ET AL. *v.* MELTON. Ct. App. Miss. Certiorari denied.

No. 95–1695. CALIFORNIA *v.* BINDA. Ct. App. Cal., 5th App. Dist. Certiorari denied.

No. 95–1703. WOOD *v.* SUPERIOR COURT OF CALIFORNIA, ALAMEDA COUNTY, ET AL. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 95–1707. TIC UNITED CORP. *v.* PATTON ET AL. C. A. 10th Cir. Certiorari denied.